UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

EMANUEL PAUL DAVIS                                                                                          PLAINTIFF
ADC #176911

V.                                       No. 4:22-CV-1082-JM-JTR

TILLEY, Doctor/Head Physician
on Duty, Pulaski County Jail, *et al.*                                                                     DEFENDANTS

## ORDER

The Court has received a Recommendation for dismissal from Magistrate Judge J. Thomas Ray. No objections have been filed, and the time to do so has now passed. After careful review of the Recommendation and the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

1.   Davis is allowed to PROCEED with his Fourteenth Amendment deliberate indifference to serious medical needs claims against Tilley, Shuller, Riggs, and Murphy in their personal capacities.

2.   Davis's official capacity claims are DISMISSED without prejudice for failure to state a claim on which relief may be granted.

3.   Defendant Davis, Defendant Norton, and the Doe Defendants are TERMINATED as parties to this action.

IT IS SO ORDERED this 4th day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE